| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Eric H. Gibbs<br>Dylan S. Hughes<br>Caitlyn D. Finley<br>Girard Gibbs LLP<br>601 California Street, 14th Floor<br>San Francisco, California 94108<br>Telephone: (415) 981-4800 | FILED<br>2013 NOV -1 AM 11:18<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |
| ATTORNEYS FOR: Plaintiffs | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, CHRISTOPHER WHITE, JACQUELINE YOUNG, and CHRISTOPHER LIGHT<br>Plaintiff(s),<br>v.<br>CHRYSLER GROUP LLC<br>Defendant(s) | CASE NUMBER:<br>CV13-08080 DDP(VBKx)<br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| PETER VELASCO | Plaintiff |
| CHRISTOPHER WHITE | Plaintiff |
| JACQUELINE YOUNG | Plaintiff |
| CHRISTOPHER LIGHT | Plaintiff |
| CHRYSLER GROUP LLC | Defendant |

11/1/2013
Date

Sign

Dylan S. Hughes
Attorney of record for or party appearing in pro per