# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-08080 DDP (VBKx) | Date | April 21, 2014 |
| Title | PETER VELASCO, CHRISTOPHER WHITE, JACQUELINE YOUNG, and CHRISTOPHER LIGHT, on behalf of themselves and all others similarly situated -V- CHRYSLER GROUP LLC | | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| John A. Chambers | Maria Bustillos | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| David K. Stein<br>Joshua G. Konecky | John Woodson Rogers<br>Mitchell N. Reinis | |

Proceedings:

    MOTION TO DISMISS CASE FILED BY CHRYSLER GROUP LLC.(DOCKET NUMBER 27)
    MOTION FOR MORE DEFINITE STATEMENT FILED BY CHRYSLER GROUP LLC. (DOCKET NUMBER 28)

Court hears oral argument and orders as follows:

The Motion to Dismiss is granted with leave to amend. The Amended Complaint shall be filed in accordance with the Clerk's Office Filing Procedures not later than May 5, 2014;

The Motion for More Definite Statement is denied.

| | 0 0 | : | 06 |
|---|---|---|---|
| | Initials of Preparer | | JAC |