Mitchell N. Reinis CSB 36131
mreinis@thompsoncoburn.com
Rowena Santos CSB 210185
rsantos@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Kathy A. Wisniewski (*pro hac vice*)
kwisniewski@thompsoncoburn.com
John W. Rogers (*pro hac vice*)
jrogers@thompsoncoburn.com
Stephen A. D'Aunoy (*pro hac vice*)
sdaunoy@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
Tel: 314.552.6000/ Fax: 314.552.7000

Attorneys for Defendant
CHRYSLER GROUP LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PETER VELASCO, et. al, <br><br>  Plaintiffs, <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br>  Defendant. | CASE NO. 2:13-CV-8080 DDP (VBKx) <br><br> Assigned to the Honorable <br> Dean D. Pregerson <br><br> **CHRYSLER GROUP LLC'S REQUEST FOR JUDICIAL NOTICE** <br><br> DATE:  July 28, 2014 <br> TIME:  10:00 a.m. <br> COURTROOM:  3 |

1

**CHRYSLER GROUP LLC'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant Chrysler Group LLC requests that this Court take judicial notice of the following documents, copies of which are attached:

1. The California Emission Warranty for model-year 2011 Jeep Grand Cherokee vehicles. A copy of this document is attached hereto as <u>Exhibit A</u>.

Under Federal Rule of Evidence 201, this Court can take judicial notice of this document because "[e]ven if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of plaintiff's claim." <u>United States v. Ritchie</u>, 342 F.3d 903, 908 (9th Cir. 2003); *see also* <u>Knievel v. ESPN</u>, 393 F.3d 1068, 1076 (9th Cir. 2005) (taking judicial notice of document because Plaintiffs' claims necessarily "depend[] on the contents"); <u>Seifi v. Mercedes-Benz USA, LLC</u>, 2013 WL 2285339, *1 fn.1 (N.D. Cal. 2013) (in considering motion to dismiss, court took judicial notice of excerpts of warranty submitted by defendant because warranty was incorporated into complaint); <u>Hovsepian v. Apple, Inc.</u>, 2009 WL 2591445, *1 fn.3 (N.D.Cal. 2009) (in considering motion to dismiss, court took judicial notice of express warranty because the "complaints reference the warranty and resolution of the claims for relief will depend at least in part on the enforceability of the express warranty").

| | | |
|---|---|---|
| 1 | DATED: May 28, 2014 | Respectfully submitted, |
| 2 | | **THOMPSON COBURN LLP** |
| 3 | | |
| 4 | | |
| 5 | | By:   */s/ Rowena Santos* |
| | | **MITCHELL N. REINIS** |
| 6 | | **ROWENA SANTOS** |
| | | **KATHY A. WISNIEWSKI** |
| 7 | | **JOHN W. ROGERS** |
| | | **STEPHEN A. D'AUNOY** |
| 8 | | Attorneys for Defendant |
| | | CHRYSLER GROUP LLC |

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as:

**CHRYSLER GROUP LLC'S REQUEST FOR JUDICIAL NOTICE**

will be served or was served (a) on the judge in chambers in the form and manner required by Local Rules and (b) in the manner indicated below.

    ☒   **(TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On *May 28, 2014*, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 28, 2014**, at Los Angeles, California.

| Michisha R. Jiles | /s/ *Michisha R. Jiles* |
|---|---|
| (Type or print name) | (Signature) |


# SERVICE LIST

*Peter Velasco, et al. v. Chrysler Group LLC*
Case No. 2:13-CV-8080 DDP (VBKx)

Caitlyn D. Finley
Dylan S. Hughes
Eric H. Gibbs
David K. Stein
**Girard Gibbs LLP**
601 California Street 14th Floor
San Francisco, CA 94108
Telephone:   415-981-4800
Facsimile:   415-981-4846
Email:         cdf@girardgibbs.com
                   dsh@girardgibbs.com
                   ehg@girardgibbs.com
                   ds@girardgibbs.com

Joshua G. Konecky
Todd M. Schneider
**Schneider Wallace Cottrell Konecky LLP**
180 Montgomery Street Suite 2000
San Francisco, CA 94104
Telephone:   415-421-7100
Facsimile:   415-421-7105
Email:         jkonecky@schneiderwallace.com
                   tschneider@schneiderwallace.com

*Attorneys for Plaintiffs*