# EXHIBIT A



# California Emission Warranty

*2011 Jeep Grand Cherokee*

## Your Warranty Rights and Obligations (Applies Only to Vehicles Certified for Sale and Registered in the State of California)

The California Air Resources Board is pleased to explain the emission control system warranty on your 2011 model vehicle. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. Chrysler Group LLC ("Chrysler") must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the fuel-injection system, the ignition system, catalytic converter, and powertrain control module. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, Chrysler will repair your vehicle at no cost to you, including diagnosis, parts and labor.

> Applies only to vehicles certified for sale and registered in the State of California or in one of the following states : Connecticut, Maine, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Maryland or New Mexico.

1

## MANUFACTURER'S WARRANTY COVERAGE

**For 3 years or 50,000 miles, whichever first occurs:**

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by Chrysler to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emission-related part on your vehicle is defective, the part will be repaired or replaced by Chrysler. This is your short-term emission control system DEFECTS WARRANTY.

**For 7 years or 70,000 miles, whichever first occurs:**

1. If an emission-related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by Chrysler. This is your long-term emission control system DEFECTS WARRANTY.

## Owner's Warranty Responsibilities:

-- As the vehicle owner, you are responsible for the performance of the **required maintenance listed in your owner's manual.** Chrysler recommends that you retain all receipts covering maintenance on your vehicle, but Chrysler cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

-- You are responsible for presenting your vehicle to a Chrysler, Dodge or Jeep dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed **30 days**.

-- As the vehicle owner, you should also be aware that Chrysler may deny your warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the Chrysler Customer Assistance Center at (877) 426-5337 or the California Air Resources Board at 9480 Telstar Avenue, Suite 4, El Monte, CA 91731.

### A. Parts and Performance Covered for 3 Years or 50,000 Miles, Whichever Occurs First

California law requires Chrysler to warrant that if any emission-related part on your vehicle is defective, Chrysler will repair or replace the part. The repair or replacement will be made at no charge to you for diagnosis, parts or labor. Any other parts damaged by the failure of a defective part will also be repaired or replaced.

In addition, if your vehicle fails a smog check inspection, Chrysler will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection.

Your emission control system may include parts such as the fuel injection system, ignition system, catalytic converter and powertrain control module. Also included may be hoses, belts, connectors and other emission-related assemblies.

### B. Parts Covered for 7 Years or 70,000 Miles, Whichever Occurs First

Chrysler also warrants that every part listed below — if installed as original equipment — is free from defects. These parts are:

**Grand Cherokee**
- Plastic fuel tank assembly - 3.6L

Where parts are scheduled for replacement as required maintenance, this warranty applies until the first scheduled maintenance point listed in the owner's manual.

### C. Parts Covered for 8 Years or 80,000 Miles, Whichever Occurs First

If your vehicle has one of the following parts, the Federal Emission Warranty covers that part for a period of 8 years or 80,000 miles, whichever occurs first. This warranty begins on either of the following dates, whichever is earlier:
- the date you take delivery of the vehicle; or
- the date when the vehicle was first put into service — for example, as a dealer "demo" or as a Chrysler company vehicle.

The covered parts are:
- catalytic converter
- powertrain control module
- transmission control module

### D. Parts Covered for 8 Years or 100,000 Miles, Whichever Occurs First

If your vehicle qualifies for this warranty, you will find this statement, "Certified to optional useful life per 1961 (a) (8).", located on the Vehicle Emission Control Information label located on the under side of the hood on the driver's side.

Chrysler also warrants that all powertrain control modules and catalysts — if installed as original equipment — are free from defects.

**Grand Cherokee**
- Plastic fuel tank assembly - 5.7L

## Getting Service Under the California Emission Warranty:

### A. What to Do If You Fail a Smog Check

If a vehicle fails a state Smog Check test during the coverage period, Chrysler Group LLC ("Chrysler") will repair the vehicle so that it will pass a State Smog Check re-test. The owner should take the vehicle to any authorized Chrysler, Dodge or Jeep dealer for warranty repairs and give a copy of the failed Smog Check test report to the dealer. If the owner is not notified within 30 days that a performance warranty claim is denied, the manufacturer must repair the vehicle free of charge.

### B. What to Do to Get Warranty Service

To get warranty service -- even if you're traveling -- take your vehicle to any Chrysler, Dodge or Jeep dealer. (Chrysler recommends that you take your vehicle to a dealer who sells the same make of vehicle as yours.) That dealer will perform any warranty service without charging you for diagnosis, parts or labor.

### C. Emergency Emission Warranty Service

If you need emergency service under this warranty and a Chrysler, Dodge or Jeep dealer is not readily available, you may have your vehicle repaired by anyone using any brand of repair parts. However, Chrysler recommends that you do the following before having repairs made:

- Contact the Chrysler Group LLC Customer Assistance Center and ask for help with emission warranty service.

- The Customer Assistance Center will recommend an authorized servicing dealer or help you find a qualified independent servicing dealer.

- If you are going to have to use an independent servicing dealer, make arrangements during your first contact with the Customer Assistance Center for getting reimbursed for emergency repairs (including labor and diagnosis). You will need to get and keep the replaced parts, as well as the original invoice marked "paid".

- You should review with the Customer Assistance Center any questions you have about the emission warranty. Reimbursement for parts will be based on Chrysler's suggested retail price. Reimbursement for labor will be based on Chrysler's recommended time allowance for the repair and on the appropriate hourly labor rate in the geographic area where you had the work done.

Before Chrysler will reimburse you for emergency repairs under this warranty, you will have to provide Chrysler with details on why the situation was an emergency and why dealer service was unavailable.

Under this warranty, an emergency occurs if a part will not be available within 30 days or if a repair can't be completed within 30 days.

### D. How to Get More Information

If you want more information about getting service under the California Emission Warranty, you can contact one of the following:

Chrysler Group LLC
Customer Assistance Center
P.O. Box 21-8004
Auburn Hills, Michigan 48321-8004
(877) 426-5337

California Air Resources Board
9480 Telstar Avenue, Suite 4
El Monte, California 91731

11WK741-026-GA

8