Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
Rachel A. Naor (SBN 284966)
ran@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Joshua G. Konecky (SBN 1822897)
jkonecky@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER VELASCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER GROUP LLC,<br><br>Defendant. | Case No. 2:13-cv-08080-DDP (VBKx)<br><br>**FILED UNDER SEAL**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 20, 2014<br>Time: 10:00 a.m.<br>Judge: Honorable Dean D. Pregerson<br>Courtroom: 3 |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
NO. 2:13-cv-08080-DDP (VBKx)

1  **PLEASE TAKE NOTICE** that on October 20, 2014, at 10:00 a.m., or as soon
2  thereafter as this matter may be heard, before the Honorable Dean D. Pregerson, in
3  Courtroom 3, 312 North Spring Street, Los Angeles, California, Plaintiffs will and hereby
4  do move for entry of a preliminary injunction requiring Chrysler to inform proposed class
5  members and its dealerships that: ████████████████████████████████████████
6  ████████████████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████████
8  ██████████████████████████████████████████████████████████████████████
9  ██████████████████████████████████████████ and may worsen
10 over time if the TIPM is not replaced.
11     Plaintiffs' motion is based on this notice of motion; the accompanying
12 memorandum; the declarations of David Stein and Rachel A. Naor, and accompanying
13 attachments; the proposed order submitted herewith; and all other papers filed and
14 proceedings had in this action.
15     Local Rule 7.3 does not apply to a motion for preliminary injunction, but Plaintiffs
16 have requested that Chrysler inform its customers of TIPM problems through multiple
17 statutory demand letters.  Chrysler has stated in discovery that it has not informed its
18 customers or dealerships and has no intention to do so.

20 DATED:  September 18, 2014        Respectfully submitted,

21                                  **GIRARD GIBBS LLP**

23                                  By:   /s/ David Stein

24                                  Eric H. Gibbs
25                                  Rachel A. Naor
                                    601 California Street, 14th Floor
26                                  San Francisco, California 94108
27                                  Telephone:  (415) 981-4800
                                    Facsimile:  (415) 981-4846
28

---

1

NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:13-cv-08080-DDP (VBKx)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Todd M. Schneider  
Joshua G. Konecky  
**SCHNEIDER WALLACE**  
**COTTRELL KONECKY LLP**  
180 Montgomery Street, Suite 2000  
San Francisco, California 94104  
Telephone:  (415) 421-7100  
Facsimile:   (415) 421-7105  

*Attorneys for Plaintiffs*