Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
Rachel A. Naor (SBN 284966)
ran@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Joshua G. Konecky (SBN 1822897)
jkonecky@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER VELASCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER GROUP LLC,<br><br>Defendant. | Case No. 2:13-cv-08080-DDP (VBKx)<br><br>**FILED UNDER SEAL**<br><br>**DECLARATION OF DAVID STEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 20, 2014<br>Time: 10:00 a.m.<br>Judge: Honorable Dean D. Pregerson<br>Courtroom: 3 |

I, David Stein, declare as follows:

1. I am a partner at Girard Gibbs LLP, counsel for Plaintiffs. I submit this declaration in support of the accompanying Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached as exhibits hereto are true and correct copies of the documents described in the following chart. The documents identified below have been produced by Defendant Chrysler Group in this litigation.

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |

1

DECLARATION OF DAVID STEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:13-cv-08080-DDP (VBKx)



2

DECLARATION OF DAVID STEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:13-cv-08080-DDP (VBKx)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September 2014, at San Francisco, California.

                  */s/* David Stein