Leslie A. Bailey (SBN 232690)
lbailey@publicjustice.net
Jennifer D. Bennett (SBN 296726)
jbennett@publicjustice.net
**Public Justice, P.C.**
555 12th Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
Fax: (510) 622-8155

*Attorneys for Intervenor Center for Auto Safety*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHRYSLER GROUP LLC,<br><br>　　　　　　Defendant. | Case No. 2:13-cv-08080-DDP (VBKx)<br><br>**NOTICE OF MOTION TO INTERVENE OF CENTER FOR AUTO SAFETY**<br><br>Date: December 1, 2014<br>Time: 10:00 a.m.<br>Judge: Honorable Dean D. Pregerson<br>Courtroom: 3 |

The Center for Auto Safety ("the Center"), by and through counsel, hereby moves this Court to intervene pursuant to Federal Rule of Civil Procedure 24(b) for the limited purpose of seeking public access to the sealed court records in *Velasco v. Chrysler*. The Center's grounds for this Motion are set forth in the accompanying memorandum in support thereof. Pursuant to L.R. 7-3, this motion is made following conferences with plaintiffs' counsel on October 1, 2014 and

with defendant's counsel on October 16, 2014.  The plaintiffs do not oppose this motion.

Dated this 23rd of October, 2014

/s/ Leslie A. Bailey
Leslie A. Bailey

Leslie A. Bailey
lbailey@publicjustice.net
Jennifer D. Bennett
jbennett@publicjustice.net
**Public Justice, P.C.**
555 12th Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
Fax: (510) 622-8155

*Attorneys for Intervenor The Center for Auto Safety*

Notice of Motion To Intervene
2