Leslie A. Bailey (SBN 232690)
lbailey@publicjustice.net
Jennifer D. Bennett (SBN 296726)
jbennett@publicjustice.net
**Public Justice, P.C.**
555 12th Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
Fax: (510) 622-8155

*Attorneys for Intervenor Center for Auto Safety*

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHRYSLER GROUP LLC,<br><br>　　　　　Defendant. | Case No. 2:13-cv-08080-DDP (VBKx)<br><br>**NOTICE OF MOTION TO UNSEAL**<br><br>Date: December 1, 2014<br>Time: 10:00 a.m.<br>Judge: Honorable Dean D. Pregerson<br>Courtroom: 3 |

　　　The Center for Auto Safety ("the Center"), by and through counsel, hereby moves this Court to unseal the sealed court records in *Velasco v. Chrysler*. The Center's grounds for this Motion are set forth in the accompanying memorandum in support thereof. Pursuant to L.R. 7-3, this motion is made following conferences with plaintiffs' counsel on October 1, 2014 and with defendant's counsel on October 16, 2014. The plaintiffs do not oppose this motion.

1
2         Dated this 23rd of October, 2014
3
4         /s/ Leslie A. Bailey
5         Leslie A. Bailey
6
7         Leslie A. Bailey
          Jennifer D. Bennett
8         **Public Justice, P.C.**
          555 12th Street, Suite 1230
9         Oakland, CA 94607
          Phone: (510) 622-8150
10        Fax: (510) 622-8155
11        lbailey@publicjustice.net
          jbennett@publicjustice.net
12
13
14        *Attorneys for Intervenor The Center for Auto Safety*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Motion To Unseal
2