UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-08080 DDP (VBKx) | Date | December 1, 2014 |
| Title | PETER VELASCO, CHRISTOPHER WHITE, JACQUELINE YOUNG, and CHRISTOPHER LIGHT, on behalf of themselves and all others similarly situated -V- CHRYSLER GROUP LLC | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

David K. Stein                  John Woodson Rogers
                                Rowena G. Santos
                                _____

                                Attorneys Present for Intervenor

                                Jennifer D. Bennett
                                Leslie Andrea Bailey

Proceedings:

MOTION TO INTERVENE  FILED BY INTERVENOR THE CENTER FOR AUTO SAFETY (DOCKET NUMBER 81)
MOTION TO UNSEAL DOCUMENT MOTION FOR PRELIMINARY INJUNCTION (DOCKET NUMBER 82)

Court hears oral argument and takes the matters under submission.

0 0 : 40

Initials of Preparer     JAC