Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Joshua G. Konecky (SBN 182897)
jkonecky@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br> Defendant. | Case No. 2:13-cv-08080-DDP (VBKx) <br><br> **ORDER APPOINTING INTERIM CLASS COUNSEL** |

The Court has considered the parties' Stipulation to Appointment of Interim Class Counsel and the supporting Declaration of Eric H. Gibbs.  Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, the Court appoints Girard Gibbs LLP and Schneider Wallace Cottrell Konecky Wotkyns LLP as Interim Class Counsel to act on behalf of putative members in this case and in any additional actions that might be consolidated with this case pursuant to Rule 23(g)(3).

Consistent with the Manual for Complex Litigation, Fourth, §§ 10.221 and 40.22, Interim Class Counsel will be generally responsible for the overall conduct of the litigation on behalf of the putative class and will have the following specific responsibilities:

1. To determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;

2. To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g), including the preparation of joint interrogatories and requests for the production of documents and the examination of witnesses in depositions;

3. To conduct settlement negotiations on behalf of Plaintiff and putative class members, where appropriate, to present any proposed settlements to the Court on behalf of putative class members;

4. To delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner designed to ensure that pretrial preparation for Plaintiff and the putative class is conducted efficiently and effectively;

5. To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

6. To prepare and distribute status reports to any other law firms that might seek to represent the putative class;

7. To maintain adequate time and disbursement records covering services as Interim Lead Counsel;

8. To monitor the activities of any other law firms that might seek to represent putative class members to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

9. To perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiff and the putative class or authorized by further order of this court.

IT IS SO ORDERED.

Dated: December 05, 2014

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE