Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:   (415) 981-4800
Facsimile:    (415) 981-4846

Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Joshua G. Konecky (SBN 1822897)
jkonecky@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, *et al.*, Plaintiffs, v. CHRYSLER GROUP LLC, Defendant. | Case No. 2:13-cv-08080-DDP (VBKx) **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** Date:  July 20, 2015 Time: 10:00 a.m. Judge: Hon. Dean D. Pregerson Courtroom: 3 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on July 20, 2015 at 10:00 a.m., or as soon |
| 2 | thereafter as this matter may be heard, before the Honorable Dean D. Pregerson, in |
| 3 | Courtroom 3, 312 North Spring Street, Los Angeles, California, Plaintiffs Marcos |
| 4 | Galvan, Philip Lightfoot, Jimmy Pat Carter, Jacqueline Young, Bradford Soule, and |
| 5 | Elizabeth Dillon will and hereby do move for an order granting preliminary approval of |
| 6 | the parties' proposed class settlement, conditionally certifying a settlement class, |
| 7 | appointing Plaintiffs as class representatives and their attorneys as class counsel, |
| 8 | direction dissemination of the proposed class notice, and setting a fairness hearing to |
| 9 | determine whether the settlement should be granted final approval. |

Plaintiffs' Motion is based on this Notice of Motion and Motion; the accompanying Memorandum in Support; Declaration of Eric H. Gibbs and its attachments (including the Settlement Agreement); and all other papers filed and proceedings had in this action. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 29, 2015.

Dated: June 10, 2015                    Respectfully submitted,

**GIRARD GIBBS LLP**

By:   */s/ Eric H. Gibbs*

Eric H. Gibbs
David Stein
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Todd M. Schneider
Joshua G. Konecky
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**

1
NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
CASE NO. 2:13-cv-08080-DDP (VBKx)

1 | 180 Montgomery Street, Suite 2000
2 | San Francisco, California 94104
3 | Telephone: (415) 421-7100
3 | Facsimile: (415) 421-7105
4
5 | *Attorneys for Plaintiffs*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28