UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER VELASCO, et. al,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHRYSLER GROUP LLC,<br><br>        Defendant. | CASE NO. 2:13-CV-08080 DDP (VBKx)<br><br>*Assigned to the Honorable*<br>*Dean D. Pregerson*<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING FOR MOTION FOR ORDER FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Current Hearing Date: July 23, 2015 |

Based upon the Stipulation to Continue Hearing for Motion for Order for Preliminary Approval of Class Settlement ("Stipulation") submitted by the parties, and good cause having been shown therefor, IT IS HEREBY ORDERED as follows:

The relief requested in the Stipulation is hereby granted. The Motion for Order for Preliminary Approval of Class Settlement is continued from July 23, 2015 to August 17, 2015 at 10:00 a.m.

Dated: July 17, 2015

                                                                  Hon. Dean D. Pregerson
                                                                  United States District Judge

[PROPOSED] ORDER RE STIPULATION TO CONTINUE HEARING FOR
MOTION FOR ORDER FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT