Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:   (415) 981-4800
Facsimile:    (415) 981-4846

Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Joshua G. Konecky (SBN 182897)
jkonecky@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHRYSLER GROUP LLC,<br><br>        Defendant. | Case No. 2:13-cv-08080-DDP (VBKx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES, COSTS, AND SERVICE AWARDS**<br><br>Date:  January 11, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Courtroom: 3 |

**PLEASE TAKE NOTICE** that on January 11, 2016, at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Dean D. Pregerson, in Courtroom 3, 312 North Spring Street, Los Angeles, California, Plaintiffs will and hereby do move for entry of an order awarding Plaintiffs' $3,526,000 in attorney fees and $109,735 in costs pursuant to Federal Rule of Civil Procedure 23(h), and approving an award of $4,000 to each of the six class representatives.  Plaintiffs may supplement their requests for costs, up to a maximum agreed amount of $120,000, should they incur additional costs prior to the hearing.  Plaintiffs' motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, supporting declarations of Eric H. Gibbs, Joshua Konecky, and David Stein, and Proposed Final Order and Judgment; and all other papers filed and proceedings had in this action.

Local Rule 7-3 does not apply to this motion because, although the parties agreed to the award of attorney fees, costs, and service award, the Court is required to conduct an independent review pursuant to Rule 23(h).

DATED: November 18, 2015

**GIRARD GIBBS LLP**

By:  _/s/ Eric H. Gibbs_

David Stein
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Todd M. Schneider
Joshua G. Konecky
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105

*Attorneys for Plaintiffs*

NOTICE OF MOTION FOR ATTORNEY FEES, COSTS, AND SERVICE AWARDS
CASE NO. 2:13-cv-08080-DDP (VBKx)