Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
David Stein (SBN 257465)
ds@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:   (415) 981-4800
Facsimile:    (415) 981-4846

Todd M. Schneider (SBN 158253)
tschneider@schneiderwallace.com
Joshua G. Konecky (SBN 182897)
jkonecky@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Attorneys for Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VELASCO, *et al.*,<br><br>    Plaintiffs,<br><br>   v.<br><br>CHRYSLER GROUP LLC,<br><br>    Defendant. | Case No. 2:13-cv-08080-DDP (VBKx)<br><br><br>**FINAL ORDER AND JUDGMENT** |

Plaintiffs' Motion for Final Approval of Class Settlement and Motion for Attorney Fees, Costs, and Service Awards came before the Court for hearing on January 11, 2016, pursuant to the Amended Order Granting Preliminary Approval of Class Settlement dated August 31, 2015 ("Preliminary Approval Order").  Having considered the parties' Class Action Settlement Agreement ("Settlement"), and all papers filed and proceedings had herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Settlement.

2.      All preliminary findings and conclusions in the Court's Preliminary Approval Order are hereby made final.  In particular, the Court affirms its findings that the following settlement class meets the requirements of Rule 23(b)(3) of the Federal Rules of Civil Procedure:

> All persons who purchased or leased a model-year 2011, 2012, and/or 2013 Dodge Durango or Jeep Grand Cherokee vehicle in the United States.

> Excluded from the Class are FCA US and all of its affiliates, parents, subsidiaries, successors, and assigns; the officers, directors, and employees of FCA US; all entities which purchased a vehicle solely for purposes of resale; and any judge to whom this case is assigned.

3.      The Court finds that notice has been disseminated to the Class in compliance with the Court's Preliminary Approval Order and that the notice given was the best notice practicable under the circumstances, fully satisfied due process, and met the requirements of Rule 23 of the Federal Rules of Civil Procedure.  The Court further finds that notice provisions of 28 U.S.C. § 1715 were complied with in this case.

4.      The Court has reviewed the objections to the settlement submitted by Mary Cmolik, Brian Dolk, and Caroline Tucker.  Ms. Tucker has requested to withdraw her objection and to opt-out of the class instead, which request the Court hereby grants.  The Court overrules the objections submitted by Ms. Cmolik and Mr. Dolk.

FINAL ORDER AND JUDGMENT
CASE NO. 2:13-cv-08080-DDP (VBKx)

5.    The Court finds that the Settlement is fair, reasonable, is in the best interests of the Class, has been entered into in good faith, and should be and hereby is fully and finally approved pursuant to Federal Rule of Civil Procedure 23.

6.    The Court finds the attorney fees and costs requested by Class Counsel are fair and reasonable, given Class Counsel's lodestar of $2,843,856, the results achieved through this litigation, and the contingent nature of the fee.  The Court has reviewed the records submitted by Class Counsel and finds Class Counsel reasonably spent over 6,000 hours representing the class's interests through this litigation, that Class Counsel's hourly rates are reasonable and in line with the prevailing rates in the community for complex class action litigation, and that the costs incurred to prosecute the litigation were reasonable.  Accordingly, Class Counsel is hereby awarded attorney fees in the amount of $3,526,000, and costs in the amount of $109,735, both amounts to be paid by Defendant pursuant to the terms of the Settlement.

7.    The Court further finds the requested service awards are fair and reasonable, given the time and effort expended by the Class Representatives on behalf of the Class.  Class Representatives are hereby awarded $4,000 each, to be paid by Defendant pursuant to the terms of the Settlement.

8.    The Release set forth in the Settlement, in Section IV, is incorporated herein and, as of the Effective Date, is binding and effective on all Class Members who have not properly excluded themselves from the Class.

9.    Attached to this Final Order and Judgment is a list setting forth the name of each person who properly excluded themselves from the Class in compliance with the procedures set forth in the Preliminary Approval Order.  The persons so identified shall be neither entitled to benefits from the Settlement nor bound by this Final Order and Judgment.

10.    There being no just reason for delay, the Court, in the interests of justice, expressly directs the Clerk of the Court to enter this Final Order and Judgment, and hereby decrees that, upon entry, it be deemed a final judgment.  Without affecting the

2

FINAL ORDER AND JUDGMENT
CASE NO. 2:13-cv-08080-DDP (VBKx)

1    finality of this Judgment in any way, this Court hereby retains continuing jurisdiction

2    over (a) implementation of the Settlement; (b) further proceedings, if necessary, on

3    applications for attorneys' fees, expenses, and costs in connection with the action and the

4    settlement; and (c) the Parties and the Class Members for the purpose of construing,

5    enforcing, and administering the Settlement Agreement and all orders and judgments

6    entered in connection therewith.

7

8    Dated:  January 27, 2016

9

10

11                      DEAN D. PREGERSON
                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL ORDER AND JUDGMENT
CASE NO. 2:13-cv-08080-DDP (VBKx)

# Exhibit 1

# List of Opt-Outs

**Individuals Opting Out of Class**

| | |
|---|---|
| MARC AND LINDA BERNABEI | 1 |
| SHARON L FITTS | 2 |
| NANCY L COLEMAN | 3 |
| LARRY K BROWN | 4 |
| MATT AND SUE  GOLDASICH | 5 |
| LYNETTE M HARRIS | 6 |
| JOSEPH J FORTI | 7 |
| RUSSELL  DUPUIS | 8 |
| SUZANNE H HADAD | 9 |
| DOREEN  PINTO | 10 |
| PAMELA K WILGOR | 11 |
| MICHAEL L ABRUNZO | 12 |
| KIMBERLY  STANKO | 13 |
| VERNON K HAGEN | 14 |
| MARIANNE  KORNYLO | 15 |
| CHRISTINE J BANFIELD | 16 |
| JOHN J RAIMONDE | 17 |
| MADELIN  LOBUE | 18 |
| RON W DOBSON | 19 |
| GEORGE  MILLS | 20 |
| GEORGE  HAYCOX | 21 |
| DENNIS  PICKFORD | 22 |
| JEFFREY  CARLSON | 23 |
| JOSEPH  DOLCIMASCOLO | 24 |
| DEREK  SMITH | 25 |
| RANDY W JACOX | 26 |

| | |
|---|---|
| BETTY  OLEKSIK | 27 |
| JONATHAN R KEIFE | 28 |
| MARTHA M CALLEROS | 29 |
| MARIANA  VELASCO-LOPEZ | 30 |
| KEN  SELLERS | 31 |
| KARL F KEARNS | 32 |
| MARTHA M CALLEROS | 33 |
| CREIGHTON J MILLER | 34 |
| VADIM  TSARIK | 35 |
| KAREN M CREMONT | 36 |
| RONALD E FORBIS | 37 |
| CAROLYN B HILTON | 38 |
| SHARON  AND CRYSTAL PETKUS | 39 |
| JOSEPH J VANREYMERSDAL | 40 |
| DEREK J THOMPSON | 41 |
| TIFFANY L STEPHENS | 42 |
| HALEY M LOESCH | 43 |
| NADINE  LANGIN | 44 |
| AMY S FIATO | 45 |
| JOHN M SHEA | 46 |
| DWIGHT  CRENSHAW | 47 |
| JANIE M KRAEMER | 48 |
| CHERYL R MIESCKE | 49 |
| PAUL  SCOTT | 50 |
| RONALD  BLASCO | 51 |
| MICHAEL  GERBER | 52 |
| NICHOLAS  CAVALLERI | 53 |
| JOSEPH  KANTAR | 54 |

| | |
|---|---|
| ERIC N MOLTZEN | 55 |
| EVA CRAMER | 56 |
| YVETTE QUINTANA | 57 |
| HEATHER L CARTHY | 58 |
| BENNY MADSEN | 59 |
| ANTONIO MARTINEZ | 60 |
| CANDACE L KRITZ | 61 |
| THOMAS M BELMONT | 62 |
| DONALD HARBERT | 63 |
| GEOFFREY MORGAN | 64 |
| BLAKE E NIELSEN | 65 |
| ERNESTO CASTILLO AND JOHN CRUZ | 66 |
| CHRISTOPHER S THORNES | 67 |
| LEO VERLINSKIY | 68 |
| TERESA IRINEO | 69 |
| JUDITH G BRANNOCK | 70 |
| ROBYN L ZELDEN | 71 |
| MANUAL WRIGHT | 72 |
| STACEY VOLK | 73 |
| LAURA J BADTKE | 74 |
| FRANK PONTICELLI | 75 |
| WINSTON FOWLER | 76 |
| CHASE BEHLING | 77 |
| PETER R CRANE | 78 |
| GENE J BOTTORFF | 79 |
| GLENN R LOCKWOOD | 80 |
| JOHN R ZAGORSKI | 81 |
| LEON G DIENES | 82 |

| | |
|---|---|
| ANTHONY  MAGALLANES | 83 |
| FAUSTINO GOMEZ | 84 |
| WEI  WU | 85 |
| NICOLE  GAINES | 86 |
| ANA  GARCIA | 87 |
| KENNETH D YANT | 88 |
| BRUCE F APPLEMAN | 89 |
| ANN  MILLS | 90 |
| BARBARA A BAIER | 91 |
| STEPHEN C REYES | 92 |
| SANDRA  SCHLUETER | 93 |
| DERRIC S POLLARD | 94 |
| ROSALYN  SON | 95 |
| SARA D THOMASIAN | 96 |
| SUSAN M SANDERS STEVE | 97 |
| RONALD  JANSSEN | 98 |
| PETER  PETROPOULOS AND CONNIE NELSON | 99 |
| WADE  HOLT | 100 |
| DAVID ZAMIR | 101 |
| YENI  ROCHIN | 102 |
| ROLANDO  FERNANDEZ | 103 |
| JUAN  ELENES | 104 |
| KIRK G BISTO | 105 |
| LAURA  LEE | 106 |
| JOEL M MARIANO | 107 |
| DAVID  VINCENT | 108 |
| KRISTIN R CAPPEL | 109 |

| | |
|---|---|
| JUAN  GARCIA | 110 |
| RITA  GAMEZ-LEE | 111 |
| ALBERTO  ESCALANTE | 112 |
| ASHLEY  GELLEPES | 113 |
| BOBBY  BRANSCOMB | 114 |
| GREGORY  WILLIAMS | 115 |
| DESMOND E POWELL | 116 |
| CSABA W MESTER AND STACEY | |
| PALIOMBAY | 117 |
| KIMBERLY  SAHAGUN | 118 |
| JUAN  IBANEZ | 119 |
| JOHN H CARON | 120 |
| CHRISTOPHER A HOWTON | 121 |
| ISRAEL  VILLAESCUSA | 122 |
| MARK AND GARY CARMICHAEL | 123 |
| JACOB R AYERS | 124 |
| ERIC  ROSCOE | 125 |
| LENNY  GROSSMAN | 126 |
| CELIE  WESTON | 127 |
| JUDITH  ROBLES | 128 |
| THOMAS R HOUSE | 129 |
| MARYANN M GIDDINGS | 130 |
| KAISHAWN  HARDEN | 131 |
| MIA M BUNCH | 132 |
| TERRANCE  EVANS | 133 |
| GRACE B LEW | 134 |
| ALEXANDER R ALVAREZ | 135 |
| HECTOR  LAGUNAS | 136 |

| | |
|---|---|
| MICHAEL  HUERTA | 137 |
| DAVID  KOTULSKI | 138 |
| JOHAN  HANSEN | 139 |
| LARRY  HIX | 140 |
| MAGED  TAHA | 141 |
| MARISA AND MATTHEW  JORDAN | 142 |
| PATRICK  OSUNA | 143 |
| JERMAINE  HORTON | 144 |
| LUCIA  ZUNIGA | 145 |
| MARIA C ESPUDO | 146 |
| NATHAN R SMITH | 147 |
| CLINT AND ROSALIE BLOMBERG | 148 |
| MICHAEL  SCOTT  NIELSEN | 149 |
| EVA  SANTOS | 150 |
| KELLEY A DILLON | 151 |
| EDWARD D CAMPBELL | 152 |
| FERNANDO  RAMOS | 153 |
| WILLIAM  HOWARD | 154 |
| LUIS  VILLA | 155 |
| LORIN N SANCHEZ | 156 |
| FATU  OLOMANU | 157 |
| ARJANG  SERAJI | 158 |
| JEFFREY  PANERO | 159 |
| CANDICE R ARMENTA | 160 |
| BARBARA  TARANGO | 161 |
| RICHARD  ACOSTA | 162 |
| DARLENE OR LOUIE  GARCIA | 163 |
| ANGEL  RODRIGUEZ | 164 |

| | |
|---|---|
| CHRISTINA  AGUILERA | 165 |
| JOYCE L PEARSON | 166 |
| ROXANA MORVARID | 167 |
| PAUL  WASKOWSKI | 168 |
| MONTE  WILLIAMS | 169 |
| LARRY  CELESTINE | 170 |
| JAMES  BREZIL | 171 |
| ABELARDO VELAZQUEZ | 172 |
| ALLEN  MOORE | 173 |
| ROSALINA  MURILLO | 174 |
| WILLIAM  MCCULLOUGH | 175 |
| WILLIAM  POTTER | 176 |
| ERIC N MOLTZEN | 177 |
| LARRY  POWELL | 178 |
| DRISHANNA L LLOYD | 179 |
| STEVEN AND KAREN  HOPKINS | 180 |
| JAY R FLEISCHMANN | 181 |
| JOANNE  NICKERSON | 182 |
| RAUL  DIAZ | 183 |
| YAZMIN  PINEDA | 184 |
| JEANNIE  ORTIZ | 185 |
| CHARLES J GOLDE | 186 |
| APRIL A JOHNSON | 187 |
| MARTIN  CEBALLOS | 188 |
| RIADON AND MARK JOHNSON | 189 |
| DENNIS HALL AND MICHELLE HALL | 190 |
| ERIK J HIRAOKA | 191 |
| ADAM  SCHILLING | 192 |

| | |
|---|---|
| DANIEL  EDRALIN | 193 |
| CLAYBORNE  HEIL | 194 |
| OFER  ZUR | 195 |
| KEVIN M KEARNEY | 196 |
| GERMAN  VARGAS | 197 |
| KAREN L MCCORMICK | 198 |
| MIGUEL A RIVAS | 199 |
| SHANE M RANDALL | 200 |
| JOSEPH A TASCHNER | 201 |
| NANCY L AANDAHL | 202 |
| MARIA  VALENTON | 203 |
| CAMEON  GREELEY-JEPSON | 204 |
| CHRISTINE A WYLDE | 205 |
| DAVID P TOVAR | 206 |
| JOSEPH D CASTELLUCCI | 207 |
| SHARON A METZNER | 208 |
| LISA M STANCHINA | 209 |
| LESLIE  DOUCET (AKA LESLIE PITRE) | 210 |
| CECIL B STEGALL | 211 |
| WILLIAM  HOWARD | 212 |
| FERNANDO  RAMOS | 213 |
| LORIN N SANCHEZ | 214 |
| LUIS  VILLA | 215 |
| CHRISTOPHER R HAAS | 216 |
| JOHN D WALACHY | 217 |
| THOMAS L PLAISANCE | 218 |
| JUAN  HERRERA | 219 |
| ADAM  COOPER | 220 |

| | |
|---|---|
| ALAN  HAMM | 221 |
| PATRICIA  BRENT | 222 |
| MISTY  MIRANDA AND JACOB T. STONE | 223 |
| TODD  COMBS | 224 |
| PHILLIP J SMITH | 225 |
| CHERYL  RUBIN | 226 |
| YOLANDA  LEON | 227 |
| RICARDO RUVALCABA | 228 |
| DOMINIC P TERAN | 229 |
| DENNIS  EVANS | 230 |
| IDA L FIGURES | 231 |
| CHRISTINA G BRATTON | 232 |
| KATRINA A JACKSON-TARAK and JOSIAH TARAK | 233 |
| DINO R DEMATTEI | 234 |
| RACHELLE  PEREZ | 235 |
| BETTY  SAN NICOLAS | 236 |
| DOREEN  KENT | 237 |
| EMANUEL T SAKKIS | 238 |
| TARA  ADAMS | 239 |
| CHERYL R MILLER | 240 |
| JORDAN M MCCARTHY | 241 |
| JOHN F COX | 242 |
| FRANK E COULOMBE | 243 |
| AARON AND LOUIS PAUL | 244 |
| EUDOKIA KOURETAS AND GEORGIA P TSIGARIS | 245 |
| VIOLETA  TORO | 246 |

| | |
|---|---|
| SIMPLICIO  ARAGON | 247 |
| DAVID I DONNER | 248 |
| LIGIA J ARDON | 249 |
| ROBIN  NEUMANN | 250 |
| JOHN M GEARY | 251 |
| VANESSA V HALL | 252 |
| DAVID R WAGNER | 253 |
| JARED  DEBNAM | 254 |
| KIRSTEN M DEAN | 255 |
| LISA L PARKER | 256 |
| JAMES J RODERICK | 257 |
| CHRISTOPHER R HAAS | 258 |
| CLARENCE  HEBRON | 259 |
| RONDA L LINDAMOOD | 260 |
| MICHAEL & LAURA COLLINS | 261 |
| JIMINEZ  ALLEN | 262 |
| SAROJ PATEL A-1 PREFERRED SOURCES | 263 |
| CRAIG J DONOVAN | 264 |
| ROGELIO  RAMIREZ | 265 |
| TERRI  OHLINGER | 266 |
| JEROME M RAMOS | 267 |
| JULIA  ECHOLS | 268 |
| LESHA E JACKSON | 269 |
| NICOLE R MEFFLEY | 270 |
| EVETT  VAN BEEK | 271 |
| SUSAN M BROCCOLO | 272 |
| ROSEMARY  SMITH | 273 |
| RUSS L SMITH | 274 |

| | |
|---|---|
| RUSS L SMITH | 275 |
| JON A VALENTE | 276 |
| ROSE M EDWARDS | 277 |
| TERRI A BAKKEN (AKA TERRI KUCHILIS) | 278 |
| ROGER EGOAVIL | 279 |
| MARK WHITE | 280 |
| LINDA LINK | 281 |
| ANDRES ALVAREZ | 282 |
| CLAUDIA P EWING | 283 |
| GLORIA J LAWRENCE | 284 |
| DRISHANNA L LLOYD | 285 |
| CARLTON L BILL | 286 |
| PEGGY WILLIAMS | 287 |
| ROBIN GORDON | 288 |
| WILLIAM TOMP | 289 |
| VALINDA TUEY | 290 |
| MARIA MORALES | 291 |
| DONNA LAMPE | 292 |
| RAMONA GRACIANO | 293 |
| ROLANDO A LINARES | 294 |
| TIMOTHY D KEARIN | 295 |
| FRANK T LEE | 296 |
| GEORGE MILLER | 297 |
| PATRICK C PHILLIPS | 298 |
| TRAVIS JASMER | 299 |
| EDITH SALINAS | 300 |
| DAVID W BLAQUERA | 301 |
| TIMIKIAL ROBERSON | 302 |

| | |
|---|---|
| EDWARD  COOKE | 303 |
| MICHAEL D WITT | 304 |
| JAYMEE  GUILLEN | 305 |
| ROBERT J MACIAS | 306 |
| RAUL VILLALOBOS AND CARINA BARBA | 307 |
| BETTY M MISSBRENNER | 308 |
| PEDRO  BARILLAS | 309 |
| CHRISTIAM R DELGADILLO | 310 |
| ANGELITA  PEREZ | 311 |
| TODD  LEACH | 312 |
| RAMON  SERRANO | 313 |
| DAVID  SURABIAN | 314 |
| FLORENTINO  PEREZ | 315 |
| CHRISTOPHER  KENDRICK | 316 |
| DAVID W MEANS | 317 |
| FRANCIS  TOMAS | 318 |
| MARIA  MORALES | 319 |
| ELAINE J STACHELEK | 320 |
| ROLF HORN | 321 |
| MICHAEL  JARRETT | 322 |
| MARK OR DEBRA  HIGAREDA | 323 |
| RUSSELL  WAFER | 324 |
| ROSALIE  DAVILA-ROSAS | 325 |
| DALILA N HERRERA | 326 |
| MARIA T AVINA | 327 |
| ANTHONY  CARRUTHERS | 328 |
| THOMAS E FRONEK | 329 |
| EVA L PERRY | 330 |

| | |
|---|---|
| JESUS J MORENO | 331 |
| MELISSA JOHNSON (AKA MELISSA | |
| KASARDA) | 332 |
| JOSE L BARRERA | 333 |
| GEORGE SERHAN | 334 |
| LINDA ADAMS | 335 |
| ROGER PATTERSON | 336 |
| DON LAWSON | 337 |
| ELVA P PENA | 338 |
| LEONARD SHAVIES | 339 |
| DEBORAH J LAAKSO | 340 |
| SOON M CHA | 341 |
| JAMES WHITEHOUSE | 342 |
| MARGARET CLEMENT | 343 |
| SALVATORE DEMARIA | 344 |
| JASON W BROD | 345 |
| GARRETT BATULA | 346 |
| PHILLIP MERLINO | 347 |
| MANDY BALLENGER | 348 |
| KATHRINA EJERCITO | 349 |
| TIFFANY K MOSBURG | 350 |
| ERIC HILL | 351 |
| LAMAR L WALLER | 352 |
| KENNETH OLIVER CHING TAN | 353 |
| LARRY LAMBERTSON | 354 |
| JOSE & BRITNEY LOPEZ | 355 |
| BIBI SHIRA DURGANA AND CLIFFORD | |
| DURGANA | 356 |

| | |
|---|---|
| CLAUDINA C SUAZO | 357 |
| JOSE  SANTANA | 358 |
| RICHARD  BUSK | 359 |
| MELANIE A DOWDY | 360 |
| LISA  MONROE | 361 |
| CARLA  SEKULA | 362 |
| GEORGE E REED | 363 |
| STACEY M WAHLUND | 364 |
| MARK  GOMEZ | 365 |
| MATTHEW P RATAJESAK | 366 |
| MIGUEL  VALENCIA | 367 |
| FRANK AND ELIZABETH REGUEIRO | 368 |
| CRISTINA  RAMIREZ | 369 |
| ELIZABETH  SERRATO | 370 |
| ANTHONY  MADRIAGA | 371 |
| MICHELLE  BLACKBURN | 372 |
| FELIX  JOHNSON | 373 |
| JOSIE  GONZALEZ | 374 |
| RICHARD KAREN COLLINS  LVG TRUST DTD | 375 |
| BORIS  YU | 376 |
| MARTIN  STARACE | 377 |
| KATIE  BERIDON | 378 |
| GRISEL  TORRES | 379 |
| JOEL  AUSTIN | 380 |
| MARILYN AND SCOTT  HUFFMAN | 381 |
| KATINA M HENSON | 382 |
| LEANN M RICHARDSON | 383 |

| | |
|---|---|
| CARLTON L BILL | 384 |
| ADAM O MORENO | 385 |
| ANNA  WILLIAMS | 386 |
| ROBERTO F GUZMAN | 387 |
| LYNDA J CHOUNARD | 388 |
| STEVEN AND TAWNYA SHERTACH | 389 |
| TORIBIO J HERNANDEZ | 390 |
| DANIL  MONTELEONE | 391 |
| JEFFREY S JENKINS | 392 |
| MELANIE A DOWDY | 393 |
| LORI  DAVIS | 394 |
| TRACY  HUBBS | 395 |
| RICHARD L COCHRAN | 396 |
| MARY  MANGOLD | 397 |
| LISA  GARCIA | 398 |
| MEGAN  MOLOUGHNEY | 399 |
| VANESSA V HALL | 400 |
| ROBERT M GARCIA | 401 |
| JOHN & KRISITI O'BRIEN | 402 |
| LARRY & MARIA  SANCHEZ | 403 |
| FIONA  KAVANAGH | 404 |
| DANIEL T LEONARDO | 405 |
| REBECCA E SANDERS | 406 |
| ADAM O MORENO | 407 |
| BRIAN  MORROW | 408 |
| STEVEN J SHAFFER | 409 |
| BEVERLY J WILLIAMS | 410 |
| MELISSA A BUCHHOLZ | 411 |

| Name | Number |
|------|--------|
| AIMEE  GUENTERT | 412 |
| JESSICA M STANFORD | 413 |
| ARTHUR  MEYER | 414 |
| JORGE  NAVARRO | 415 |
| PETER  AVINA | 416 |
| ROBERT H BASILE | 417 |
| JASON  BRENENSTAHL | 418 |
| TRAVIS R BERRY | 419 |
| KERIN  BLASINGAME | 420 |
| JOYCE  TOEDT | 421 |
| BRIAN P MEUSE | 422 |
| XAVIER  VASQUEZ | 423 |
| JAMIE M MARTIN | 424 |
| MIKE J MISLINAY | 425 |
| DONNA  GREEN | 426 |
| XOCHITL  TINOCO | 427 |
| ALFREDO  ESPINOZA | 428 |
| TOM WEEDA | 429 |
| MICHELLE  HALE | 430 |
| BEVERLY L SMITH-SAFFOLD | 431 |
| CAROL  SCHIVO | 432 |
| EMILY  TAPIA | 433 |
| PRISCILLA  RODRIGUEZ | 434 |
| LOUIS D FORD | 435 |
| ROGACIANO  GOMEZ | 436 |
| BRENT  PAULUS | 437 |
| VICKI  DAWSON | 438 |
| MIRANDA S BOSO | 439 |

| | |
|---|---|
| KATHLEEN  MELIA | 440 |
| CARL J CIESLIKOWSKI | 441 |
| HENRIETTE  SAFFRON | 442 |
| ANGEL & MARIA RIVERA | 443 |
| TRAVIS  FRODGE | 444 |
| STEPHEN M LUCKHARDT | 445 |
| BARRY E LONG | 446 |
| ROY F CARLSON | 447 |
| SALLY A THOUN | 448 |
| RODNEY D REDMAN | 449 |
| DONALD J MURTAUGH | 450 |
| EVELYN  ZALIS | 451 |
| JUAN  ROBLES | 452 |
| MELVILLE  EGAN | 453 |
| VAURICE E SCOTT | 454 |
| JORDAN  RANDALL | 455 |
| MURIEL A THOMPSON | 456 |
| RACHEL A MIHAI | 457 |
| VERONICA  RIOS | 458 |
| VICTORIA  OKUNIEWSKI | 459 |
| JOSHUA  ROMAN | 460 |
| JOHN M SCALCO | 461 |
| ROBERT W REMILLARD | 462 |
| LISA  TORTORICI | 463 |
| SHIRLEY AND CHRISTOPHER  WELD | 464 |
| JENNIFER J ROSALES | 465 |
| ROBERT B COULTER | 466 |
| GEVORG  YOUSEFIAN | 467 |

| | |
|---|---|
| GHAZAL  SHEHNI | 468 |
| REBECCA  BACHTOLD | 469 |
| MICHAEL  TANG | 470 |
| ABRAHAM R GOMEZ | 471 |
| JEFFREY  BROOKS | 472 |
| JASON  TOMECHAK | 473 |
| ERIC  MEZA | 474 |
| ANNA  MARTIN | 475 |
| JUVENAL  SALAZAR | 476 |
| STANLEY D ZAMORA | 477 |
| RENE  YBARDOLAZA | 478 |
| RICKY  MCCOY | 479 |
| BOB  GREEN | 480 |
| AMY & JAMES MURRAY | 481 |
| STELLA  ROSER | 482 |
| RAINER & FAYE RONQUILLO | 483 |
| SCOTT J SIGMAN | 484 |
| EDWARD G CALDERON | 485 |
| VANESSA V HALL | 486 |
| TRACY WALKER | 487 |
| ROGELIO & MARTA RAMIREZ | 488 |
| CAROLINE TUCKER | 489 |
| APRIL FURNACE | 490 |
| RICHARD CALCATERRA | 491 |
| ROY SULKA | 492 |
| STEVEN DELL | 493 |